# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKIE L. BRUMFIELD

NO. 2020 KW 0659

**OCTOBER 12, 2020**

---

In Re:    Rickie L. Brumfield, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 95-CR2-60089.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.** The writ application is devoid of any evidence that relator objected to his attorney's trial strategy before or during the trial. See **Florida v. Nixon**, 543 U.S. 175, 125 S.Ct. 551, 160 L.Ed.2d 565 (2004).

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT